IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2094-BO

| | | |
|---|---|---|
| SHEROD HASTINGS MAIR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DR. TOM MILARY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

On May 21, 2010, petitioner, a federal detainee, petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 20, 2011, the court dismissed this action without prejudice on initial review. The matter now is before the court on petitioner's motion to reopen this action (DE 12). Petitioner's motion states as follows: "[S]ince the Navy transferred my case to the [Feds], I would like to reopen the case of Sherod Mair v. Hester Barber. I am suing for 23 million for being set up by her and the Navy and being medicated wrongly." See (DE 12). A petitioner may not recover monetary damages in a petition for a writ of habeas corpus. See Preiser v. Rodriguez, 411 U.S. 475, 494 (1973); McKinney-Bey v. Hawk-Sawyer, 69 F. App'x 113 (4th Cir. 2003). Petitioner, additionally, has not presented any grounds to warrant reopening this action. Thus, petitioner's motion (DE 12) is DENIED.

SO ORDERED, this the 3 day of October, 2019.

TERRENCE W. BOYLE
Chief United States District Judge